IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| 0.6388 ACRES OF LAND, MORE OR LESS, SITUATE IN CHESAPEAKE, VIRGINIA, AND MARGARET H. PETERSON, TRUSTEE OF THE MARGARET H. PETERSON TRUST DATED AUGUST 27, 1991 AND REPUBLISHED MARCH 16, 2006, et al., | ) Civil No. 2:21-cv-454 |
| Defendants. | ) |

COMPLAINT IN CONDEMNATION

1. This is a civil action brought by the United States of America, at the request of the United States Department of the Army ("Army"), for the taking of land in Chesapeake, Virginia, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

3. The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4. The public purpose for which the land is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5. A legal description of the land taken is set forth in Schedule C, which is attached hereto and made a part hereof.

6. A plat (map) showing the land taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7. The estate taken in the land is described in Schedule E, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F, which is attached hereto and made a part hereof.

9. The names and addresses of known parties having or claiming an interest in said land are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED: August 6, 2021

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION

READE E. WILSON
Maine Bar No. 4992
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Counsel for the United States
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0299
reade.wilson@usdoj.gov

                    RAJ PAREKH
                    UNITED STATES ATTORNEY

                     */s/ Clare P. Wuerker*
By:   CLARE P. WUERKER
       Virginia Bar No. 79236
       Assistant United States Attorney
       United States Attorney's Office
       Counsel for the United States
       2100 Jamieson Ave.
       Alexandria, VA 22314-5702
       Tel: (703) 236-3850
       Fax: (703) 299-3983
       E-mail: clare.wuerker@usdoj.gov