IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION |
| v. | ) | OF |
| | ) | TAKING |
| 0.6388 ACRES OF LAND, MORE OR LESS, SITUATE IN CHESAPEAKE, VIRGINIA, AND MARGARET H. PETERSON, TRUSTEE OF THE MARGARET H. PETERSON TRUST DATED AUGUST 27, 1991 AND REPUBLISHED MARCH 16, 2006, et al., | ) | CIVIL NO. _____ |
| | ) | |
| Defendants. | ) | TRACT NOS. 118, 119, and 120 (fee) |

TO THE HONORABLE,
THE UNITED STATES DISTRICT COURT:

I, Carla K. Coulson, Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships), do hereby declare that:

1. The authority under which the land is taken is set forth in attached Schedule A.

2. The public purpose for the taking are set forth in attached Schedule B.

3. The description of the land is set forth in attached Schedule C.

4. A plat or map of the land and interest taken is attached as Schedule D.

5. The estate taken is set forth in attached Schedule E.

6. The estimated just compensation is set forth in attached Schedule F.

7. A list of interested parties and their addresses is set forth in attached Schedule G.

The gross sum estimated by me as just compensation for the taking will be deposited in the Registry of the Court for the use and benefit of the persons entitled thereto. In accordance with 40 U.S.C. § 3115(a), I am of the opinion that the ultimate award for said land and interest probably will be within any limits prescribed by law on the price to be paid therefor.

IN WITNESS WHEREOF, the United States of America, by its Deputy Assistant Secretary of the Army, thereunto authorized, has caused this declaration to be signed in its name by said Carla K. Coulson, Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships), this 3d day of August, 2021.

*[signature]*
CARLA K. COULSON
Deputy Assistant Secretary of the Army
(Installations, Housing and Partnerships)