## SCHEDULE C - LEGAL DESCRIPTIONS

The land which is the subject matter of this proceeding consists of Tracts 118, 119, and 120, as more fully described below.

<u>Tract Nos. 118, 119, & 120</u>

**LEGAL DESCRIPTION:** A piece or parcel of land together with the improvements thereon being, lying and situate in the Deep Creek Borough of the City of Chesapeake, Virginia, and being designated as parcels 118, 119 & 120, as shown on plat entitled "ALTA/NSPS land title survey showing a parcel owned by Margaret H. Peterson, Trustee, to be acquired for U.S. Army Corps of Engineers Bridge Replacement, Deep Creek," and more particularly described as follows:

Point of beginning being at the northwest corner of George Washington Hwy and Mill Creek Pkwy, with a north coordinate of 3436365.0446 and east coordinate of 12114136.1921; thence, along the southern r/w of George Washington S 73° 51' 38" E, 108.94 feet; thence, leaving said r/w S 14° 20' 40" W, 6.06 feet to a triangular concrete monument "LDC 51"; thence, S 14° 47' 50" W, 206.12 feet to a triangular concrete monument "LDC 52"; thence, N 75° 46' 49" W, 104.91 feet to a triangular concrete monument "LDC 53"; thence, N 14° 14' 28" W, 19.77 feet to an iron pin; thence, N 55° 45' 49" W 47.92 feet to a an iron pin on the eastern r/w of Mill Creek Pkwy; thence, along said r/w a curve to the left having a radius of 980.00 feet, an arc length of 183.43 feet, a chord bearing of N 30° 30' 19" E, a chord distance of 183.16 feet to a point; thence, N 25° 08' 35" E, 6.34 feet to the point of beginning, containing 27,828 square feet or 0.6388 acre.

The foregoing is based on survey work performed by Horton & Dodd., P.C. depicted on an unrecorded plat dated December 23, 2020 (Schedule D) and being the same property as transferred by warranty deed on 04/21/2006 and recorded 05/12/2006 from Margaret H. Peterson to Margaret H. Peterson, Trustee of The Margaret H. Peterson Trust dated August 27, 1991 and republished March 16, 2006, recorded in book 6520 and page 0610 in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia.