## SCHEDULE B - PUBLIC PURPOSE

The public purposes for which said lands are taken are as follows:

The construction of the Atlantic Intracoastal Waterway Bridge Replacement Project, Deep Creek, Chesapeake, Virginia, and for such other uses as may be authorized by Congress or by Executive Order.  The Bridge Replacement Project will demolish the existing bridge and expand capacity by replacing the existing two-lane bridge with two bridges with a total of five lanes.