Court Name: United States District Court
Division: 2
Receipt Number: 24683049335
Cashier ID: tlevinso
Transaction Date: 08/18/2021
Payer Name: USA V. 0.6388 ACRES OF LAND

TREASURY REGISTRY
 For: USA V. 0.6388 ACRES OF LAND
 Case/Party: D-VAE-2-21-CV-000454-001
 Amount: $786,000.00

CHECK
 Check/Money Order Num: 873601901801
 Amt Tendered: $786,000.00

Total Due: $786,000.00
Total Tendered: $786,000.00
Change Amt: $0.00

USA V. 0.6388 ACRES OF LAND

2:21cv454