```
Court Name: United States District Court
Division: 2
Receipt Number: 24683052833
Cashier ID: tlevinso
Transaction Date: 11/08/2022
Payer Name: USA V. 0.6388 ACRES OF LAND

TREASURY REGISTRY
 For: USA V. 0.6388 ACRES OF LAND
 Case/Party: D-VAE-2-21-CV-000454-001
 Amount:        $149,000.00

CHECK
 Check/Money Order Num: 873601933967
 Amt Tendered: $149,000.00

Total Due:      $149,000.00
Total Tendered: $149,000.00
Change Amt:     $0.00

USA V. 0.6388 ACRES OF LAND

2:21cv454
```